# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BRANDON THURMAN**                                                           **PLAINTIFF**

v.                           5:13CV00248-BSM

**GREG BOLIN, Chief; and**
**TYRA TALYOR, Major**                                                **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS, THEREFORE, ORDERED that:

1. The complaint (Doc. No. 2) is dismissed without prejudice, pursuant to 28 U.S.C. §1915A(b), for failure to state a claim upon which relief may be granted.

2. Dismissal of the complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. It is certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

SO ORDERED this 8th day of October 2013.

_____
UNITED STATES DISTRICT JUDGE